An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONNA SMITH, AN INDIVIDUAL,
Appellant,
vs.
GEORGE SPATH, AN INDIVIDUAL,
Respondent.

No. 62311

**FILED**

SEP 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having reviewed the parties' August 16, 2013, stipulation to dismiss this appeal, the stipulation is approved, and this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Allan R. Earl, District Judge
William F. Buchanan, Settlement Judge
Maier Gutierrez Ayon, PLLC
Atkin Winner & Sherrod
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-27067